**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **HYTONIOUS COTTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1825-G** |
| | ) | |
| **MIDLAND MORTGAGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On July 17, 2026, Plaintiff Hytonious Cotton, appearing pro se, submitted a Complaint seeking relief under federal law. *See* Compl. (Doc. No. 1). As of August 5, 2026, Plaintiff had not paid the $405.00 civil filing fee or contacted the Court regarding this payment. The Court therefore ordered that Plaintiff must either pay the required filing fee or file an application seeking leave to proceed *in forma pauperis* within fourteen (14) days. *See* Order (Doc. No. 4) (citing LCvR 3.2, 3.3, 3.4). Plaintiff was advised: "Failure to comply with this Order may result in the dismissal of this action." *Id.* at 1.

Unless an initiating party intends to proceed *in forma pauperis*, "filing fees must paid in full within 3 business days of filing a civil action, suit, or proceeding, or the matter may be subject to dismissal without prejudice." LCvR 3.2. As of this date, Plaintiff has not submitted the required filing fee, shown good cause for the failure to do so, or otherwise been in contact with the Court. Plaintiff has had "ample time" to ensure compliance but has instead chosen to disregard the Court's Order. *Soeken v. Estep*, 270 F. App'x 734, 736 (10th Cir. 2008). Further, "[a] district court possesses broad discretion in determining whether to dismiss a petition without prejudice for failing to comply with court orders."

*Id.* at 735-36; *see also Thornton v. Estep*, 209 F. App'x 755, 756-57 (10th Cir. 2006); *Adams v. Wiley*, 298 F. App'x 767, 768-69 (10th Cir. 2008).

Accordingly, dismissal of this matter is warranted.

CONCLUSION

For the foregoing reasons, the Complaint (Doc. No. 1) in this matter is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 1st day of September, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge